# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Timothy W. King,

      Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                    3:05cv419

Jo Anne B. Barnhart,

      Defendant(s).


DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 7, 2006 Order.




                                   FRANK G. JOHNS, CLERK

March 17, 2006

                                   BY: _____

                                   Cynthia Huntley, Deputy Clerk